**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**


**M E M O R A N D U M**


Honorable Dale A. Drozd                        **RE:  Angel Porras-Fuentes**
United States District Court                          **Docket Number:  0972 1:19CR00068-1**
Fresno, California                                        **<u>MOTION TO DISMISS PETITION</u>**


Your Honor:

The United States Probation Office moves to dismiss the Probation Form 12C, Petition for Warrant, filed against the defendant, Angel Porras-Fuentes, on June 17, 2020 in Docket Number 1:19CR00068-DAD. The Petition was filed after the probation officer made several unsuccessful attempts to contact the offender telephonically for a scheduled appointment. He has subsequently contacted the probation officer after realizing he failed to accurately update his contact information. As such, it is respectfully recommended the Petition be dismissed and probation be reinstated.


Respectfully submitted,


**Laura Del Villar**
**United States Probation Officer**


Dated:     July 10, 2020
              Visalia, California
              LAD/lad


**REVIEWED BY:**                    /s/ Adam Tunison
                                        **Adam Tunison**
                                **Sr. United States Probation Officer**


1

**RE:**    **Angel Porras-Fuentes**
          **Docket Number:   0972 1:19CR00068-1**
          <u>**MOTION TO DISMISS PETITION**</u>

<hr>

## ORDER OF THE COURT

**THE COURT ORDERS:**

        ☒  Approved          ☐  Disapproved

IT IS SO ORDERED.

        Dated:   __**July 10, 2020**__            _Dale A. Drozd_____
                                            UNITED STATES DISTRICT JUDGE


Attachment(s)

cc:     Unassigned
        Assistant United States Attorney

        Unassigned
        Defense Counsel

2